IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Action No. 05-cv-1298-LTB-OES

DSK PRODUCE SALES, INC., a California Corporation,
        Plaintiff,
v.

BRIGHTSTAR FOODS, INC., a Colorado Corporation
JOHN J. ARTIANO,
ALLEN SELLMAN, a/k/a AL SEL
        Defendants.
_____

## ORDER
_____

For the reasons stated on the record during the July 14, 2005 hearing, it is ORDERED that:

1) Plaintiff's Ex Parte Motion for Temporary Restraining Order is DENIED;

2) A hearing for Temporary Restraining Order with notice to defendant is set for Monday, July 25, 2005 at 10:00am.

Dated: July __14__, 2005, in Denver, Colorado.

                                BY THE COURT:

                                _s/Lewis T. Babcock_
                                Lewis T. Babcock, Chief Judge