## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## CHIEF JUDGE LEWIS T. BABCOCK

_____

Courtroom Deputy:      Ginny Kramer           Date:  July 25,  2005
Court Reporter:        Gwen Daniel

_____

Civil Case No. 05-cv-01298-LTB

DSK PRODUCE SALES, INC.                       Lars Fuller
                                              Katy Koestner

    Plaintiffs,

v.

BRIGHTSTAR FOODS, INC., et al.,               E. Dwight Taylor

    Defendants.

_____

## COURTROOM MINUTES
_____

**Hearing: Temporary Restraining Order**

**10:00 a.m.     Court in session.**

Appearances of counsel.

Opening statements by the Court.

Defendant advises the court that they are withdrawing their motion to continue.

Opening argument by Ms. Koestner for the plaintiffs.

1

Opening argument by Mr. Taylor for the defendants.

Rebuttal argument by the plaintiffs.

Reply by the defendants.

Page 2 - Temporary Restraining Order
Case No. 05-cv-01298-LTB
Date: July 25, 2005

**10:35 a.m.   Court in recess.**
**10:50 a.m.   Court in session.**

Argument continues.

**ORDERED:**   1.   Plaintiff's Motion to Continue, (doc. 13) filed July 22, 2005, is **WITHDRAWN.**

2.   Plaintiff's Motion for Preliminary Injunction, (doc. 4) filed July 13, 2005, is **GRANTED, for reasons stated on the record.**

3.   Defendant shall post a bond in the amount of $252,474.85 in cash or cooperate surety.

**11:25 a.m.   Court in recess.**

*Total in court time: 01:25 - hearing concluded*