IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Action No. 05-cv-01298-LTB-OES

DSK PRODUCE SALES, INC., a California Corporation,
       Plaintiff,
v.

BRIGHTSTAR FOODS, INC., a Colorado Corporation
JOHN J. ARTIANO,
ALLEN SELLMAN, a/k/a AL SEL
       Defendants.
_____

**ORDER**
_____

Upon Motion for Leave to Intervene (Doc 21 - filed September 22, 2005), it is

ORDERED that the Motion is GRANTED. Chiquita Fresh North America, LLC is allowed to intervene as a Plaintiff in this matter.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Chief Judge

DATED: September 26, 2005