IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 05-cv-01298-LTB-OES

DSK PRODUCE SALES, INC.,

    Plaintiff,

v.

BRIGHTSTAR FOODS, INC.,
JOHN J. ARIANO, and
ALLEN SELLMAN, a/k/a AL SEL

    Defendants.

CHIQUITA FRESH NORTH AMERICA, LLC,

    Intervening Plaintiff, and

RINGER & SON BROKERAGE, INC., and
FRESHPACK PRODUCE, INC.,

    Intervening Plaintiffs,

v.

BRIGHTSTAR FOODS, INC.,
JOHN J. ARIANO, and
ALLEN SELLMAN, a/k/a AL SEL

    Defendants.

_____

**ORDER**
_____

    This case is before me on Ringer & Son Brokerage, Inc. ("Ringer") and Freshpack Produce, Inc.'s ("Freshpack") Motion for Leave to Intervene, which is unopposed by the other parties in the case. After consideration of the motion and the case file, IT IS HEREBY

ORDERED that Ringer and Freshpack's Motion for Leave to Intervene [Doc # 25] is GRANTED.

Dated: March   24  , 2006 in Denver, Colorado.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, CHIEF JUDGE