IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 05-cv-01298-LTB-OES

DSK PRODUCE SALES, INC.,

    Plaintiff,

v.

BRIGHTSTAR FOODS, INC.,
JOHN J. ARIANO, and
ALLEN SELLMAN, a/k/a AL SEL

    Defendants.

CHIQUITA FRESH NORTH AMERICA, LLC,

    Intervening Plaintiff, and

RINGER & SON BROKERAGE, INC., and
FRESHPACK PRODUCE, INC.,

    Intervening Plaintiffs,

v.

BRIGHTSTAR FOODS, INC.,
JOHN J. ARIANO, and
ALLEN SELLMAN, a/k/a AL SEL

    Defendants.

_____

**ORDER**
_____

This case is before me on Plaintiff DSK Produce Sales, Inc.'s ("DSK") Motion for

Modification of Preliminary Injunction Order, whereby DSK seeks to modify the Preliminary

Injunction Order issued July 25, 2005 to omit the requirement that it post a $40,000 bond as

partial security for the injunction issued in its favor. No other party has objected to DSK's motion. After consideration of the motion and the case file, IT IS HEREBY ORDERED that

    1. DKS's Motion for Modification of Preliminary Injunction Order [Doc # 19] is GRANTED; and

    2. Paragraph 3 of the Preliminary Injunction Order [Doc # 16] shall be amended to state as follows: "The $212,474.85 in PACA trust assets belonging to Plaintiff and in possession of the Defendant will serve as Plaintiff's security for this injunction as required by Rule 65(c) of the Federal Rules of Civil Procedure."

Dated: March  24 , 2006 in Denver, Colorado.

                                       BY THE COURT:

                                       s/Lewis T. Babcock
                                       LEWIS T. BABCOCK, CHIEF JUDGE