**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge**

Civil Action No.:  1:05-cv-01298-LTB-OES

DSK PRODUCE SALES, INC.

        Plaintiff,
  v.

BRIGHTSTAR FOODS, INC.,
JOHN J. ARTIANO,
and ALLEN SELLMAN a/k/a Al Sel

        Defendants.

CHIQUITA FRESH NORTH AMERICA, L.L.C.

        Intervening Plaintiff,

RINGER & SON BROKERAGE, INC., and
FRESHPACK PRODUCE, INC.

        Intervening Plaintiffs,

  v.

BRIGHTSTAR FOODS, INC.,
JOHN J. ARTIANO,
and ALLEN SELLMAN a/k/a Al Sel

        Defendants.
_____

**ORDER FOR DEFAULT JUDGMENT**
_____

Upon Intervening Plaintiff's Motion, Memorandum in Support, and Affidavit of Intervening Plaintiff's counsel demonstrating that Defendants Brightstar Foods, Inc., John J. Artiano, and Allen Sellman a/k/a Al Sel ("Allen Sellman") failed to plead or otherwise

defend in this action, and that Defendants Brightstar Foods, Inc., John J. Artiano, and Allen Sellman a/k/a Al Sel ("Allen Sellman") owe Intervening Plaintiff the sum of $20,607.25 as a trust debt under Section 5(c) of the Perishable Agricultural Commodities Act, 7 U.S.C. § 499(e)(c); that Defendants John J. Artiano and Allen Sellman are not infants or incompetent persons or in the military service of the United States and the Clerk of Court's entry of said Defendants' default on May 11, 2006, it is hereby

**ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered in favor of Intervening Plaintiff Chiquita Fresh North America, L.L.C. and against Defendants Brightstar Foods, Inc., John J. Artiano, and Allen Sellman, jointly and severally, in the amount of $20,607.25, a trust debt under the Perishable Agricultural Commodities Act, 7 U.S.C. § 499e(c), plus attorneys' fees, costs, prejudgment interest, and post-judgment interest from the date of this judgment, as provided by law.

Dated:   June 29, 2006

                                                  s/Lewis T. Babcock
                                                  Chief Judge Lewis T. Babcock
                                                  United States District Court Judge